Dismissal without prejudice acknowledged.
JRS, DJ, 4/12/2019
Distribution to all parties of record via CM/ECF.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| BRENDA DRAKE, *individually and on behalf of others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) **CASE NO. 1:19-cv-1268 -JRS-MPB** |
| v. | ) ) ) |
| FIRST KEY HOMES, LLC, | ) ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Brenda Drake, voluntarily dismisses this action without prejudice.